IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| CYNTHIA O'CONNER,[1] | § | |
| | § | No. 219, 2020 |
| Petitioner Below, | § | |
| Appellant, | § | Court Below—Family Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | File No. CN09-04138 |
| DIVISION OF CHILD SUPPORT | § | Petition No. 19-20603 |
| SERVICES/DOUGLAS RILEY, | § | |
| | § | |
| Respondent Below, | § | |
| Appellee. | § | |

Submitted: January 22, 2021
Decided: March 5, 2021

Before **SEITZ**, Chief Justice; **VALIHURA** and **MONTGOMERY-REEVES**, Justices.

## ORDER

Upon careful consideration of the parties' briefs and the record below,[2] we conclude that the judgment below should be affirmed on the basis of the Family Court's May 19, 2020 order, which affirmed the Commissioner's November 15, 2019 child support order.

---

[1] The Court previously assigned pseudonyms to the parties under Supreme Court Rule 7(d).

[2] We have not considered documents that the appellant presented for the first time on appeal. *See Price v. Boulden*, 2014 WL 3566030, at *2 (Del. July 14, 2014) ("[T]his evidence was not available to the Family Court in the first instance, is outside of the record on appeal, and cannot properly be considered by this Court."); *Del. Elec. Coop., Inc. v. Duphily*, 703 A.2d 1202, 1206 (Del. 1997) ("It is a basic tenet of appellate practice that an appellate court reviews only matters considered in the first instance by a trial court.").

NOW, THEREFORE, IT IS ORDERED that the judgment of the Family

Court is AFFIRMED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Chief Justice